**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6348**

_____

GREGORY A. RICHARDSON,

Petitioner - Appellant,

v.

SUPERINTENDENT OF PIEDMONT REGIONAL JAIL,

Respondent - Appellee,

and

COMMONWEALTH OF VIRGINIA; DEPARTMENT OF MENTAL HEALTH MENTAL RETARDATION AND SUBSTANCE ABUSE SERVICES BOARD (DMHMRSAS),

Respondents.

_____

**No. 14-6495**

_____

GREGORY A. RICHARDSON,

Petitioner - Appellant,

v.

SUPERINTENDENT OF PIEDMONT REGIONAL JAIL,

Respondent - Appellee,

and

COMMONWEALTH OF VIRGINIA; DEPARTMENT OF MENTAL HEALTH, MENTAL RETARDATION AND SUBSTANCE ABUSE SERVICES BOARD (DMHMRSAS),

Respondents.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.  (3:13-cv-00249-REP)

---

Submitted:  September 12, 2014        Decided:  September 26, 2014

---

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gregory A. Richardson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory A. Richardson appeals the district court's order denying authorization to file his 28 U.S.C. 2241 (2012) petition and order denying his Fed. R. Civ. P. 59(e) motion to reconsider and to recuse the district judge. Richardson is required to file a motion for leave to file a certificate of compliance form under a pre-filing injunction imposed by the district court. We have reviewed the record and find no reversible error. Accordingly, we deny Richardson's motions for appointment of counsel and for a protective order and affirm for the reasons stated by the district court. Richardson v. Superintendent of Piedmont Reg'l Jail, No. 3:13-cv-00249-REP (E.D. Va. Jan. 3, 2014 & Mar. 5 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED